# Exhibit B

Claim Chart for Independent Claim 4 of U.S. Patent No. 11,330,436 against Defendants Care A Cell's and/or JointAccounts' Inmate Communication Service ("Accused Product")

| Claim 4 | Defendants' Accused Product |
|---|---|
| [4.Pre]. 4. A method for enabling two-way communications between residents of a secure facility and outside parties who are not residents of the secure facility, the method comprising:[1] | To the extent the preamble is limiting, the Accused Product comprises a method for enabling two-way communications (e.g., text messages, phone calls, and/or video calls) between residents of a secure facility (e.g., a correctional institution) and outside parties who are not residents of the secure facility, the method comprising:<br><br>Please login/register to purchase communications services!<br><br>In a world where staying connected is more important than ever, JointAccounts is here to make sure distance doesn't keep you apart from your loved ones. Our dedicated communication services for correctional institutions ensure that you can always share moments, big or small, with family and friends.<br><br>**Phone Calls**<br>Voice Matters: Purchase phone time easily and let conversations flow, bringing you closer to those who matter most.<br><br>**Video Calls**<br>See Smiles, Share Moments: With our video call service, face-to-face conversations are just a click away. Keep the connection alive.<br><br>**Text Messages**<br>Texts of Affection: Sometimes, a simple text can light up someone's day. Our text message service ensures you can always send love and support, anytime, anywhere.<br><br>Care A Cell, Communications, https://careacell.jointaccounts.com/communications (last accessed Mar. 27, 2026) |

---

[1] All highlighting added.

1

| Claim 4 | Defendants' Accused Product |
| --- | --- |
| |  |

Claim Chart for Independent Claim 4 of U.S. Patent No. 11,330,436 against Defendants Care A Cell's and/or JointAccounts' Inmate Communication Service ("Accused Product")

| Claim 4 | Defendants' Accused Product |
|---|---|
| |

JointAccounts, Home, https://jointaccounts.com/ (last accessed Mar. 27, 2026) |

Claim Chart for Independent Claim 4 of U.S. Patent No. 11,330,436 against Defendants Care A Cell's and/or JointAccounts' Inmate Communication Service ("Accused Product")

Case 5:26-cv-00087-BJB    Document 1-2    Filed 03/30/26    Page 5 of 35 PageID #: 37

| Claim 4 | Defendants' Accused Product |
|---|---|
|  | Joint Accounts, Products, https://jointaccounts.com/products/ (last accessed Mar. 27, 2026) |

4

| Claim 4 | Defendants' Accused Product |
|---|---|
|  | ![Solutions banner]<br><br>**Tailored Software Solutions for Every Correctional Facility Need**<br><br>Correctional facilities face unique operational challenges that require secure, efficient, and adaptable solutions. From financial management and inmate communication to commissary operations and self-service kiosks, facilities must balance security, compliance, and efficiency while ensuring that administrators, inmates, and their families have access to reliable tools.<br><br>At JointAccounts, LLC, we provide technology-driven solutions that streamline processes, reduce administrative burden, and enhance facility operations. Our modular platform integrates seamlessly with existing jail management systems, allowing for customized solutions that meet the distinct needs of each facility. |

| Claim 4 | Defendants' Accused Product |
|---------|----------------------------|
|         | Joint Accounts, Solutions, https://jointaccounts.com/solutions/ (last accessed Mar. 27, 2026) |

# Claim Chart for Independent Claim 4 of U.S. Patent No. 11,330,436 against Defendants Care A Cell's and/or JointAccounts' Inmate Communication Service ("Accused Product")

| Claim 4 | Defendants' Accused Product |
|---|---|
| |  |

| Claim 4 | Defendants' Accused Product |
|---|---|
|  | iPhone, iPad<br><br>Stay in touch with the people you care about via video, voice, and text!<br><br>JointAccounts is a simple and secure communication app that helps family and friends stay connected with their incarcerated loved ones. With JointAccounts, you can receive voice and video calls, as well as send text and picture messages to each other, making it easier to share updates, express love, and maintain strong bonds, no matter the distance.<br><br>Key Features:<br><br>Stay in touch with voice and video calls from loved ones<br>Send and receive text and picture messages securely<br>Easy-to-use interface designed for seamless communication<br>Stay in touch with multiple contacts across correctional facilities<br>Fast delivery of messages to help you stay connected in real-time<br><br>JointAccounts is designed to help you support your incarcerated loved ones by keeping communication lines open, making a difficult time just a little bit easier. Download today and stay connected.<br><br>Ratings & Reviews<br>This app hasn't received enough ratings or reviews to display an overview.<br><br>What's New ><br>This version of the JointAccounts app adds support for Voice and Video Calls, along with various UI/UX improvements!    Version 2.0.0    Jan 13<br><br>App Store for iPhone, Joint Accounts App, https://apps.apple.com/us/app/jointaccounts/id6502847429 (last accessed Mar. 27, 2026) |
| [4.a] providing a limited number of unique Automatic Number Identifications (ANIs); | The Accused Product comprises providing a limited number of unique Automatic Number Identifications (ANIs):<br><br>For example, it is believed that the Accused Product uses a limited number of unique phone numbers leased/purchased for, or otherwise available to, the Accused Product. Such phone numbers are or can be associated with a resident and/or device of a secured facility without needing every resident/device to have a unique phone number. Such phone numbers are used in conjunction with either an already-registered communication connection between a resident and outside party (and thus already approved for use via the Accused Product) or an as-yet unregistered communication connection between a resident and outside party (and thus needing an available ANI assigned to such communication connection). |

8

| Claim 4 | Defendants' Accused Product |
|---|---|
| | **Comprehensive Solutions for Correctional Facilities**<br><br>**Accounting & Financial Management**<br>Managing inmate funds is complex and requires precision, compliance, and transparency. JointAccounts provides a secure, automated financial system that simplifies deposits, trust accounting, and reconciliation. With real-time reporting and automated processes, our platform eliminates manual errors and ensures seamless financial oversight.<br><br>**Secure Inmate Communication Services**<br>Traditional inmate communication methods can be costly, inefficient, and difficult to monitor. JointAccounts enables secure voice, text, and video communication options while providing facilities with full oversight and monitoring tools to enhance security and compliance.<br><br>**Commissary & Order Processing**<br>Managing commissary operations can be time-consuming and prone to errors without an automated system. JointAccounts provides a seamless ordering and fulfillment system that ensures accurate tracking, controlled inventory management, and streamlined distribution of commissary goods.<br><br>**Self-Service Kiosks for Correctional Facilities**<br>JointAccounts custom-built kiosks provide automated inmate services, including commissary ordering, account management, and communication services. These secure kiosks reduce staff workload, improve efficiency, and provide inmates with controlled self-service options.<br><br>JointAccounts, Home, https://jointaccounts.com/ (last accessed Mar. 27, 2026) |

| Claim 4 | Defendants' Accused Product |
|---|---|
| | Joint Accounts, Products, https://jointaccounts.com/products/ (last accessed Mar. 27, 2026) |
| [4.b.i] receiving a first outbound communication attempt from a | The Accused Product comprises receiving a first outbound communication attempt (e.g., a text message, phone call, and/or video call) from a first device (e.g., a mobile device such as a tablet, a kiosk, or other communication device) used by a first resident to a device of a first outside party: |

Case 5:26-cv-00087-BJB    Document 1-2    Filed 03/30/26    Page 11 of 35 PageID #: 43

Claim Chart for Independent Claim 4 of U.S. Patent No. 11,330,436 against Defendants Care A Cell's and/or JointAccounts' Inmate Communication Service ("Accused Product")

| Claim 4 | Defendants' Accused Product |
|---|---|
| first device used by a first resident to a device of a first outside party, | Please login/register to purchase communications services!<br><br>In a world where staying connected is more important than ever, JointAccounts is here to make sure distance doesn't keep you apart from your loved ones. Our dedicated communication services for correctional institutions ensure that you can always share moments, big or small, with family and friends.<br><br>**Phone Calls**<br>Voice Matters: Purchase phone time easily and let conversations flow, bringing you closer to those who matter most.<br><br>**Video Calls**<br>See Smiles, Share Moments: With our video call service, face-to-face conversations are just a click away. Keep the connection alive.<br><br>**Text Messages**<br>Texts of Affection: Sometimes, a simple text can light up someone's day. Our text message service ensures you can always send love and support, anytime, anywhere.<br><br>Care A Cell, Communications, https://careacell.jointaccounts.com/communications (last accessed Mar. 27, 2026) |

11

Claim Chart for Independent Claim 4 of U.S. Patent No. 11,330,436 against Defendants Care A Cell's and/or JointAccounts' Inmate Communication Service ("Accused Product")

| Claim 4 | Defendants' Accused Product |
|---|---|
| | **Comprehensive Solutions for Correctional Facilities**<br><br>**Accounting & Financial Management**<br>Managing inmate funds is complex and requires precision, compliance, and transparency. JointAccounts provides a secure, automated financial system that simplifies deposits, trust accounting, and reconciliation. With real-time reporting and automated processes, our platform eliminates manual errors and ensures seamless financial oversight.<br><br>**Secure Inmate Communication Services**<br>Traditional inmate communication methods can be costly, inefficient, and difficult to monitor. JointAccounts enables secure voice, text, and video communication options while providing facilities with full oversight and monitoring tools to enhance security and compliance.<br><br>**Commissary & Order Processing**<br>Managing commissary operations can be time-consuming and prone to errors without an automated system. JointAccounts provides a seamless ordering and fulfillment system that ensures accurate tracking, controlled inventory management, and streamlined distribution of commissary goods.<br><br>**Self-Service Kiosks for Correctional Facilities**<br>JointAccounts custom-built kiosks provide automated inmate services, including commissary ordering, account management, and communication services. These secure kiosks reduce staff workload, improve efficiency, and provide inmates with controlled self-service options.<br><br>JointAccounts, Home, https://jointaccounts.com/ (last accessed Mar. 27, 2026) |

12

Claim Chart for Independent Claim 4 of U.S. Patent No. 11,330,436 against Defendants Care A Cell's and/or JointAccounts' Inmate Communication Service ("Accused Product")

| Claim 4 | Defendants' Accused Product |
|---|---|
| |  Joint Accounts, Products, https://jointaccounts.com/products/ (last accessed Mar. 27, 2026) |

13

Claim Chart for Independent Claim 4 of U.S. Patent No. 11,330,436 against Defendants Care A Cell's and/or JointAccounts' Inmate Communication Service ("Accused Product")

| Claim 4 | Defendants' Accused Product |
|---|---|
| | Joint Accounts, Solutions, https://jointaccounts.com/solutions/ (last accessed Mar. 27, 2026) |
| [4.b.ii] wherein the first outbound communication attempt includes a unique first resident identifier associated with the first resident or a unique first device identifier associated with | The Accused Product comprises a first outbound communication attempt that includes a unique first resident identifier (e.g., a numeric or alphanumeric string) associated with the first resident or a unique first device identifier (e.g., a numeric or alphanumeric string) associated with the first device:

For example, it is believed that residents have access to one or more communication devices included with the Accused Product. As part of the "enhance[d] security and compliance" and "ensuring compliance with industry regulations," when a resident accesses a communication device in order to initiate an outbound communication, the resident must log-in to such device (and/or otherwise be assigned to such device associated with such resident) using the resident's facility identification number (such as a prisoner ID number). |

14

Claim Chart for Independent Claim 4 of U.S. Patent No. 11,330,436 against Defendants Care A Cell's and/or JointAccounts' Inmate Communication Service ("Accused Product")

| Claim 4 | Defendants' Accused Product |
|---|---|
| the first device, and | Please login/register to purchase communications services!<br><br>In a world where staying connected is more important than ever, JointAccounts is here to make sure distance doesn't keep you apart from your loved ones. Our dedicated communication services for correctional institutions ensure that you can always share moments, big or small, with family and friends.<br><br>**Phone Calls**<br>Voice Matters: Purchase phone time easily and let conversations flow, bringing you closer to those who matter most.<br><br>**Video Calls**<br>See Smiles, Share Moments: With our video call service, face-to-face conversations are just a click away. Keep the connection alive.<br><br>**Text Messages**<br>Texts of Affection: Sometimes, a simple text can light up someone's day. Our text message service ensures you can always send love and support, anytime, anywhere.<br><br>Care A Cell, Communications, https://careacell.jointaccounts.com/communications (last accessed Mar. 27, 2026) |

15

Claim Chart for Independent Claim 4 of U.S. Patent No. 11,330,436 against Defendants Care A Cell's and/or JointAccounts' Inmate Communication Service ("Accused Product")

| Claim 4 | Defendants' Accused Product |
|---|---|
| | <br><br>JointAccounts, Home, https://jointaccounts.com/ (last accessed Mar. 27, 2026) |

16

Case 5:26-cv-00087-BJB   Document 1-2   Filed 03/30/26   Page 17 of 35 PageID #: 49

Claim Chart for Independent Claim 4 of U.S. Patent No. 11,330,436 against Defendants Care A Cell's and/or JointAccounts' Inmate Communication Service ("Accused Product")

| Claim 4 | Defendants' Accused Product |
|---|---|
| |  Joint Accounts, Products, https://jointaccounts.com/products/ (last accessed Mar. 27, 2026) |

17

# Claim Chart for Independent Claim 4 of U.S. Patent No. 11,330,436 against Defendants Care A Cell's and/or JointAccounts' Inmate Communication Service ("Accused Product")

| Claim 4 | Defendants' Accused Product |
|---|---|
| | Joint Accounts, Solutions, https://jointaccounts.com/solutions/ (last accessed Mar. 27, 2026) |
| [4.b.iii] wherein the first outbound communication attempt includes a first called party number associated with the device of the first outside party; | The Accused Product comprises a first outbound communication attempt that includes a first called party number associated with the device of the first outside party (e.g., the device's phone number): |

18

Claim Chart for Independent Claim 4 of U.S. Patent No. 11,330,436 against Defendants Care A Cell's and/or JointAccounts' Inmate Communication Service ("Accused Product")

| Claim 4 | Defendants' Accused Product |
|---|---|
| | Please login/register to purchase communications services!<br><br>In a world where staying connected is more important than ever, JointAccounts is here to make sure distance doesn't keep you apart from your loved ones. Our dedicated communication services for correctional institutions ensure that you can always share moments, big or small, with family and friends.<br><br>**Phone Calls**<br>Voice Matters: Purchase phone time easily and let conversations flow, bringing you closer to those who matter most.<br><br>**Video Calls**<br>See Smiles, Share Moments: With our video call service, face-to-face conversations are just a click away. Keep the connection alive.<br><br>**Text Messages**<br>Texts of Affection: Sometimes, a simple text can light up someone's day. Our text message service ensures you can always send love and support, anytime, anywhere.<br><br>Care A Cell, Communications, https://careacell.jointaccounts.com/communications (last accessed Mar. 27, 2026) |

| Claim 4 | Defendants' Accused Product |
|---|---|
| | JointAccounts, Home, https://jointaccounts.com/ (last accessed Mar. 27, 2026) |

Claim Chart for Independent Claim 4 of U.S. Patent No. 11,330,436 against Defendants Care A Cell's and/or JointAccounts' Inmate Communication Service ("Accused Product")

| Claim 4 | Defendants' Accused Product |
|---|---|
| |  Joint Accounts, Products, https://jointaccounts.com/products/ (last accessed Mar. 27, 2026) |

Case 5:26-cv-00087-BJB   Document 1-2   Filed 03/30/26   Page 22 of 35 PageID #: 54

Claim Chart for Independent Claim 4 of U.S. Patent No. 11,330,436 against Defendants Care A Cell's and/or JointAccounts' Inmate Communication Service ("Accused Product")

| Claim 4 | Defendants' Accused Product |
|---|---|
| | **Inmate Communication Services** <br><br> *(The Challenge / Our Solution graphic showing: Phone, Video & Text Messaging; Integrated Kiosk Access; Monitoring & Security)* <br><br> Joint Accounts, Solutions, https://jointaccounts.com/solutions/ (last accessed Mar. 27, 2026) |
| [4.c] using the first resident identifier or the first device identifier, and the first called party number, to attempt to find a first conversation identifier potentially stored in a database; | The Accused Product comprises using the first resident identifier (e.g., a numeric or alphanumeric string) or the first device identifier (e.g., a numeric or alphanumeric string), and the first called party number (e.g., the outside party device's phone number), to attempt to find a first conversation identifier (e.g., a numeric or alphanumeric string) potentially stored in a database (e.g., in the Accused Product's computer/server storage component(s)): <br><br> For example, it is believed that, as part of the "enhance[d] security and compliance" and "ensuring compliance with industry regulations," when a resident initiates an outbound communication, the resident must input (or select) the outside party device's phone number (i.e., first called party number). If the resident had already previously established a communication connection with said first called party number and/or if the outside party had already registered the called party number for communication with said resident, the system will have already stored a first conversation identifier and first called party number. The first conversation identifier may be a numeric or alphanumeric string, which may incorporate or refer to a combination of the first resident/device identifier based on said first resident/device identifier and first called party number (e.g., prisoner ID number), the first called party number (i.e., outside party device's phone number), and/or the ANI (e.g., phone number leased/purchased for, or otherwise |

22

| Claim 4 | Defendants' Accused Product |
|---|---|
| | available, to the Accused Product) associated with that communication connection. If such communication connection had already been established (or otherwise registered via the outside party), then the system can use the resident/device identifier and called party number to locate the conversation identifier. If no such communication connection had already been established/registered, then the system would not have generated, and thus be unable to locate, a pre-existing conversation identifier (e.g., because a unique ANI had not already been associated with a communication connection between the particular resident and particular outside party). <br><br>  <br><br> JointAccounts, Home, https://jointaccounts.com/ (last accessed Mar. 27, 2026) |

Case 5:26-cv-00087-BJB    Document 1-2    Filed 03/30/26    Page 24 of 35 PageID #: 56

Claim Chart for Independent Claim 4 of U.S. Patent No. 11,330,436 against Defendants Care A Cell's and/or JointAccounts' Inmate Communication Service ("Accused Product")

| Claim 4 | Defendants' Accused Product |
|---|---|
| |  Joint Accounts, Products, https://jointaccounts.com/products/ (last accessed Mar. 27, 2026) |

24

| Claim 4 | Defendants' Accused Product |
|---|---|
| | <br><br>Joint Accounts, Solutions, https://jointaccounts.com/solutions/ (last accessed Mar. 27, 2026) |
| [4.d] upon finding the first conversation identifier, extracting an ANI from the first conversation identifier; | The Accused Product comprises, upon finding the first conversation identifier (e.g., a numeric or alphanumeric string), extracting an ANI from the first conversation identifier:<br><br>For example, it is believed that, upon finding a first conversation identifier with the already-established/registered communication connection between the first resident and first outside party, the system extracts an ANI (e.g., the phone number available to the Accused Product that has already been associated with said communication connection) associated with such conversation identifier. Such ANI would accordingly be, e.g., the phone number with which said outside party's device could communicate back and forth with said resident. This allows a communication connection to proceed and enables the system to log and recall the previously-made connection via the ANI—i.e. so that the resident/device and outside party do not have to re-register the device(s) or communication connection, and the already-registered ANI can be used and reused for the communication. |

| Claim 4 | Defendants' Accused Product |
|---|---|
| |  JointAccounts, Home, https://jointaccounts.com/ (last accessed Mar. 27, 2026) |

Case 5:26-cv-00087-BJB    Document 1-2    Filed 03/30/26    Page 27 of 35 PageID #: 59

Claim Chart for Independent Claim 4 of U.S. Patent No. 11,330,436 against Defendants Care A Cell's and/or JointAccounts' Inmate Communication Service ("Accused Product")

| Claim 4 | Defendants' Accused Product |
|---|---|
| | <br><br>Joint Accounts, Products, https://jointaccounts.com/products/ (last accessed Mar. 27, 2026) |

| Claim 4 | Defendants' Accused Product |
|---------|----------------------------|
| | Joint Accounts, Solutions, https://jointaccounts.com/solutions/ (last accessed Mar. 27, 2026) |
| [4.e] upon failing to find the first conversation identifier, retrieving an available ANI from the limited number of unique ANIs and generating a unique new conversation identifier based | The Accused Product comprises upon failing to find the first conversation identifier, retrieving an available ANI from the limited number of unique ANIs and generating a unique new conversation identifier (e.g., a numeric or alphanumeric string) based on the first resident identifier or the first device identifier, the retrieved ANI, and the first called party number, and storing the new conversation identifier as the first conversation identifier: <br><br> For example, it is believed that, as part of the "enhance[d] security and compliance" and "ensuring compliance with industry regulations," the Accused Product, upon failing to find a first conversation identifier (i.e., the communication connection between the resident/device and outside party has not yet been established/registered), retrieves an available ANI (e.g., phone number available to the Accused Product) from the system's memory. The retrieved (first) ANI is uniquely associated with the first resident/device identifier (e.g., prisoner ID number) and first called party number to ensure that only said first resident can communicate with said first called party, and vice-versa, using that ANI. Doing so both ensures that, in the event a second resident attempts to establish a communication connection with the first called party, or vice-versa, a different ANI will be used. The system stores a unique new conversation identifier based on the first resident/device identifier, called party number, and |

| Claim 4 | Defendants' Accused Product |
|---|---|
| on the first resident identifier or the first device identifier, the retrieved ANI, and the first called party number, and storing the new conversation identifier as the first conversation identifier; and | first ANI. Doing so enables the system to log and register the first resident/called party communication connection so the system can reuse the first conversation identifier and thus the first ANI in a secure manner for additional communications between the first resident/called party. <br><br>  <br><br> JointAccounts, Home, https://jointaccounts.com/ (last accessed Mar. 27, 2026) |

29

Claim Chart for Independent Claim 4 of U.S. Patent No. 11,330,436 against Defendants Care A Cell's and/or JointAccounts' Inmate Communication Service ("Accused Product")

| Claim 4 | Defendants' Accused Product |
|---|---|
| | <br><br>Joint Accounts, Products, https://jointaccounts.com/products/ (last accessed Mar. 27, 2026) |

30

| Claim 4 | Defendants' Accused Product |
|---|---|
| | <br><br>Joint Accounts, Solutions, https://jointaccounts.com/solutions/ (last accessed Mar. 27, 2026) |
| [4.f] authorizing a first outbound communication using the extracted ANI or the retrieved ANI as a first assigned ANI. | The Accused Product comprises authorizing a first outbound communication using the extracted ANI or the retrieved ANI as a first assigned ANI:<br><br>For example, it is believed that the Accused Product, based on the ANI (e.g., phone number available to the Accused Product—whether pre-existing or newly-assigned to the communication connection) authorizes the outbound communication associated with that ANI to occur. |

| Claim 4 | Defendants' Accused Product |
|---|---|
| |  JointAccounts, Home, https://jointaccounts.com/ (last accessed Mar. 27, 2026) |

Case 5:26-cv-00087-BJB    Document 1-2    Filed 03/30/26    Page 33 of 35 PageID #: 65

Claim Chart for Independent Claim 4 of U.S. Patent No. 11,330,436 against Defendants Care A Cell's and/or JointAccounts' Inmate Communication Service ("Accused Product")

| Claim 4 | Defendants' Accused Product |
|---|---|
| | <br><br>Joint Accounts, Products, https://jointaccounts.com/products/ (last accessed Mar. 27, 2026) |

33

| Claim 4 | Defendants' Accused Product |
|---------|-----------------------------|
|  | **Inmate Communication Services**<br><br>**The Challenge**<br>Traditional inmate communication methods, such as in-person visitation and phone calls, are often time-consuming, costly, and logistically challenging. Facilities must also ensure secure and monitored communication to prevent misuse and unauthorized activity.<br><br>**Our Solution**<br>**Phone, Video & Text Messaging**<br>Provide inmates with controlled, secure, and cost-effective ways to stay connected with their families.<br><br>**Integrated Kiosk Access**<br>Enable inmates to submit grievances, request documents, and stay informed, reducing staff workload and administrative bottlenecks.<br><br>**Monitoring & Security**<br>Ensure all communication is trackable and reviewable, minimizing risks and enhancing facility security.<br><br>By leveraging secure digital communication, facilities reduce the burden on staff, improve inmate morale, and maintain oversight over all interactions.<br><br>Joint Accounts, Solutions, https://jointaccounts.com/solutions/ (last accessed Mar. 27, 2026) |

Case 5:26-cv-00087-BJB    Document 1-2    Filed 03/30/26    Page 35 of 35 PageID #: 67